IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brazil, Diane S | Case Number: 08 B 16919 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 6/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 2. | Nordstrom | Unsecured | 7,613.17 | 0.00 |
| 3. | FDS National Bank - Bloomingdales | Unsecured | 10,363.61 | 0.00 |
| 4. | FDS National Bank - Bloomingdales | Unsecured | 14,526.89 | 0.00 |
| 5. | Macys Retail Holdings Inc | Unsecured | 32,899.13 | 0.00 |
| 6. | GE Money Bank | Unsecured | 1,159.13 | 0.00 |
| 7. | GE Money Bank | Unsecured | 10,241.17 | 0.00 |
| 8. | Chase | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Chase | Unsecured | | No Claim Filed |
| 13. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| 14. | Chase | Unsecured | | No Claim Filed |
| 15. | Providian Mastercard | Unsecured | | No Claim Filed |
| 16. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| 17. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 76,803.10 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brazil, Diane S

Printed:  8/19/08

Case Number:  08 B 16919
Judge:  Wedoff, Eugene R
Filed:  6/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

